DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOUK DUKE PEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-MJ-0235 BAM |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER |
| DOUK DUKE PEN, | DATE:    October 26, 2012 |
| Defendant. | TIME: |
| | JUDGE:  Hon. Sheila K. Oberto |

The parties, through their respective counsel, Assistant United States Attorney Kevin P. Rooney, and Assistant Federal Defender Victor M. Chavez, hereby agree and stipulate that the preliminary hearing presently set for October 12, 2012, **may be continued to October 26, 2012** before the duty magistrate.

This stipulation is proposed to allow the parties to explore a pre-indictment disposition.  Pursuant to Federal Rule of Criminal Procedure 5.1(d).  Mr. Pen's preliminary hearing may be continued with the defendant's consent and upon a showing of good cause.  This stipulation has been explained to Mr. Pen by his attorney and he consents to it.

///

///

///

///

///

1                                         BENJAMIN B. WAGNER
                                         United States Attorney

2

3 DATED: October 10, 2012                 By:    /s/ *Kevin P. Rooney*
                                         KEVIN P. ROONEY

4                                          Assistant United States Attorney
                                         Counsel for Plaintiff

5

6

7                                         DANIEL J. BRODERICK
                                         Federal Defender

8

9 DATED: October 10, 2011                 By:    /s/ *Victor M. Chavez*
                                         VICTOR M. CHAVEZ

10                                          Assistant Federal Defender
                                         Attorney for Defendant

11                                          DOUK DUKE PEN

12

13                                   **ORDER**

14

15

16

17

18                                   **ORDER**

19

20 IT IS SO ORDERED.

21 **Dated:   October 11, 2012**             **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

PEN - Stipulation to Continue
Preliminary Hearing          2